**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1876**

EVERTON BROWN,

                    Plaintiff – Appellant,

          v.

U.S. DEPARTMENT OF JUSTICE,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William  D.  Quarles,  Jr.,  District
Judge.  (1:12-cv-01954-WDQ)

Submitted:  September 26, 2013    Decided:  September 30, 2013

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Everton Brown, Appellant Pro Se. Neil R. White, Assistant United
States Attorney, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Everton Brown appeals the district court's order dismissing his civil action seeking relief under the Freedom of Information Act, 5 U.S.C.A. § 552 (West 2007 & Supp. 2013), for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. United States Dep't of Justice, No. 1:12-cv-01954-WDQ (D. Md. June 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED